IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JACKIE JUNIOR LIGE,**

    **Plaintiff,**

v.                                               Case No. 5:14cv171-MW/EMT

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Third Amended Petition for Writ of Habeas Corpus, ECF No. 20, is **DENIED.** A certificate of appealability is **DENIED**." The Clerk shall close the file.

    **SO ORDERED** on December 3, 2015.

                                                   **s/Mark E. Walker            
United States District Judge**